**Order entered January 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00143-CV

### THEODORE SIMMONS, Appellant

### V.

### MIDLAND FUNDING, LLC, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-01681-C

## ORDER

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to conduct a hearing to determine if the reporter's record of the September 12, 2019 trial contained inaccuracies and/or omissions as asserted by appellant in a December 9, 2020 motion. The trial court held the hearing on January 11, 2021. After hearing testimony from LaToya Young-Martinez, the reporter responsible for the September 2019 trial record, and Janet Wright, Official

Court Reporter for County Court at Law No. 3, the trial court made the following written findings:

•[T]he transcript's cover page filed November 21, 2020 should have stated "held in Dallas County, Texas", but the Court did not require of LaToya Young-Martinez that a new cover page be filed as this error was found not to be material.

•[T]he transcript on page 2 states "Honorable Robert Fisher . . .". The Court ordered that the line should state Mr. Robert Fisher and further finds that this error was not material.

•[T]he record filed does correctly reflect the trial testimony upon review of the uninterrupted audio of the proceeding by Janet Wright.

•[N]one of the other errors alleged by Mr. Simmons in his Motion . . . were found to exist on the record.

We **ADOPT** the trial court's findings. As the trial court did not find any material errors, the appeal shall proceed on the filed record.

We note appellant's motions for reconsideration of the Court's December 8, 2020 order, for judicial notice, and to reset brief have not been determined pending the trial court's determination of the accuracy of the September 2019 trial record. Our December 8th order denied appellant's motion to abate for findings and conclusions under Texas Rule of Appellate Procedure 296 and followed a review of the September 2019 trial record that reflected the trial court's final judgment was not based on an evidentiary hearing containing conflicting testimony. As the reporter's record of the September 2019 trial has been found accurate, we **DENY** the motion for reconsideration. We further **DENY** the motion for judicial notice,

as that motion is also premised on appellant's assertion that the September 2019 trial record is inaccurate.

We **GRANT** appellant's motion to reset the brief deadline and **ORDER** appellant's brief be filed no later than February 16, 2021.


/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE